| | |
|---|---|
| 1 | Gregory S. Walston, State Bar No. 196776 |
| 2 | Orestes Alexander Cross, State Bar No. 250471<br>WALSTON CROSS |
| 3 | 222 Columbus Avenue, Suite 420<br>San Francisco, California 94133 |
| 4 | Telephone: (415) 956-9200<br>Facsimile: (415) 956-9205 |
| 5 | Email: gwalston@walstonlaw.com |
| 6 | ATTORNEYS FOR PLAINTIFF<br>MARKHAM ROBINSON |

RECEIVED AUG 1 3 2008

ORIGINAL FILED AUG 1 3 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARKHAM ROBINSON,

   Plaintiff

v.

SECRETARY OF STATE DEBRA BOWEN, et al.

   Defendants.

Case No. CV-08-3836 JL

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of San Francisco, California. I am over the age of 18 and not a party to this action. My business address is 222 Columbus Ave., Suite 320, San Francisco, California 94133. On June 6, 2007, I served the following documents described as:

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

**DECLARATION OF GREGORY S. WALSTON**

**PLAINTIFF'S APPLICATION TO SHORTEN TIME**

I served the documents on the parties below, as follows:

CALIFORNIA SECRETARY OF STATE
1500 11th Street
Sacramento, California 95814

SENATOR JOHN McCAIN\
P.O. Box 16118
Arlington, VA 22215

*Robinson v. Secretary of State, et al.*

1  REPUBLICAN NATIONAL COMMITTEE
   310 First Street
2  Washington, D. C. 20003

3  The documents were served by the following means:

4  I enclosed the documents in a sealed envelope or package addressed to the above parties
5  and deposited the sealed envelope with the United States Postal Service, with the postage fully
6  prepaid. I am employed in the county where the mailing occurred. The envelope or package
7  was placed in the mail at San Francisco, California.

8  I declare under penalty of perjury that the foregoing is true and correct and based on my
9  personal knowledge. Executed June 6, 2007 in San Francisco, California.

   _____
   Gregory S. Walston

WALSTON CROSS, ATTORNEYS
222 Columbus Avenue, Suite 430
San Francisco, California 94123
Telephone: (415) 956-9200
Facsimile: (415) 956-9205

- 2 -
*Robinson v. Secretary of State, et al.*