1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  MARKHAM ROBINSON, in his capacity as
    Presidential Elector and Chairperson–Elect of
12  the American Independent Party,                    No. C 08-3836 JL
             Plaintiff(s),
13                                                    DECLINATION TO PROCEED BEFORE
      v.                                              A MAGISTRATE JUDGE
14  SECRETARY OF STATE DEBRA BOWEN,                   AND
    in her official and individual capacities, et al., REQUEST FOR REASSIGNMENT TO A
15                                                    UNITED STATES DISTRICT JUDGE
             Defendant(s).
16  _____/

17
    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
        The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21

22
    Dated: __8/15/08__                    Signature _____
23
                                          Counsel for  Plaintiff
24                                        (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28