AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

MARKHAM ROBINSON, in his capacity as Presidential Elector and Chairperson-Elect of the American Independent Party )
)
)
)
)
Plaintiff )
v. )
SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, et al., )
)
)
)
Defendant )

Civil Action No.

CV 08    3836

JL

## Summons in a Civil Action

To:    SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, THE REPUBLICAN NATIONAL COMMITTEE, an organization, form unknown, THE REPUBLICAN PARTY OF CALIFORNIA, an organization, form unknown, SENATOR JOHN McCAIN, in his individual and official capacities, DOES ONE through FIFTY FIVE, inclusive.

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gregory S. Walston, State Bar No. 247617
Orestes Alexander Cross, State Bar No. 250471
WALSTON CROSS
222 Columbus Avenue, Suite 420
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  AUG 1 1 2008

Richard W. Wieking
Name of clerk of court
HELEN L. ALMACEN

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

*Attorney or Party without Attorney:*
WALSTON & CROSS
222 COLUMBUS AVENUE, #420
SAN FRANCISCO, CA 94133
*Telephone No:* 415.956.9200    *FAX No:* 415.956.9200

*For Court Use Only*

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT

*Plaintiff:* MARKHAM ROBINSON, ET AL
*Defendant:* SECRETARY OF STATE DEBRA BOWEN, ET AL

**PROOF OF SERVICE**

| Hearing Date: | Time: | Dept/Div: | Case Number: CV083836 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF; PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION; PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; PROPOSED ORDER RE: PLAINTIFF'S APPLICATION TO SHORTEN TIME; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. *Party served:* BELL MCANDREWS & HILTACHK, C/O RON NEHRING, CHAIRMAN OF REPUBLICAN PARTY
   b. *Person served:* JANAE GORDON, AUTHORIZED TO ACCEPT SERVICE OF PROCESS, WHITE, FEMALE, 28 Years Old, BROWN Hair, 5 Feet 7 Inches, 155 Pounds

4. *Address where the party was served:* 455 CAPITAL MALL, STE 801
   SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 14, 2008 (2) at: 3:12PM

7. *Person Who Served Papers:*
   a. Craig Lawson

   COUNTY-LEGAL
   1023 H Street, Suite B3
   Sacramento, CA 95814
   (916) 446-4890, FAX (916) 446-4892
   www.county-legal.com info@county-legal.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $80.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 2002-59
      (iii) County: SACRAMENTO
      (iv) Expiration Date: Mon, Dec. 08, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 14, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(Craig Lawson)

wcsf.9307