IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKHAM ROBINSON,<br><br>    Plaintiff,<br><br>  v.<br><br>SECRETARY OF STATE DEBRA BOWEN, THE REPUBLICAN NATIONAL COMMITTEE, THE REPUBLICAN PARTY OF CALIFORNIA, SENATOR JOHN MCCAIN,<br><br>    Defendants.<br>                                     / | No. C 08-03836 WHA<br><br>**ORDER DENYING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    The Court has received plaintiff's application to shorten time for motions for a preliminary injunction and for summary judgment. Plaintiff does not explain why he waited until now to launch this litigation when apparently he has known of the issue for some time. Moreover, before shortening time on an issue of such importance, the Court would request the input of defendants. Therefore, the application for an order shortening time is **DENIED** without prejudice to a hearing to determine a briefing schedule at which all interested parties may be heard. A hearing will be held on the issue of scheduling at **1:30 P.M. THIS THURSDAY, AUGUST 21, 2008**, provided that a copy of this order is served upon defendants on or before **4:00 P.M., TUESDAY, AUGUST 19, 2008.**

Dated: August 18, 2008,

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE