Gregory S. Walston, State Bar No. 196776
WALSTON CROSS
222 Columbus Avenue, Suite 420
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKHAM ROBINSON,<br><br>   Plaintiff<br><br> v.<br><br>SECRETARY OF STATE DEBRA BOWEN, et al.<br><br>   Defendants. | Case No. CV-08-3836 WHA<br><br>**DECLARATION OF GREGORY S. WALSTON RE: SERVICE OF ORDER SETTING HEARING** |

  I,  Gregory S. Walston, declare as follows:

  1.  I am an attorney licensed to practice before all California state courts, the United States District Courts for the Northern and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. I am presently a partner in the Firm of Walston Cross, and, in that capacity, I represent the plaintiff in this action.

  2.  All parties in this matter have been served with process by personal service, and we are in the process of filing the executed summonses.

  3.  On August 18, 2008, I served the following documents described as:

  **ORDER OF AUGUST 18, 2008;**

  **PLAINTIFF'S APPLICATION TO SHORTEN TIME RE PRELIMINARY INJUNCTION;**

  **PLAINTIFF'S APPLICATION TO SHORTEN TIME RE: SUMMARY JUDGMENT;**

  **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION;**

  **DECLARATION OF GREGORY S. WALSTON;**

- 1 -
*Robinson v. Secretary of State, et al.*

I served the documents on the parties below, and in the manners below, as follows:

**FOR SENATOR JOHN McCAIN**

At approximately 3:45 p.m., August 18, 2008, I telephoned Senator McCain's Office in Washington D.C., where I spoke to Charissa Foster, assistant to Senator McCain's chief counsel. Ms. Foster instructed me to serve the above documents by sending electronic copies to her email address, cfoster@mccain08hq.com. Accordingly, I emailed electronic copies of the above documents to Ms. Foster at 4:18 p.m. that day. My email "sent items" box confirmed that it was sent, and Ms. Foster replied to the email and indicated that the documents had been forwarded to Senator McCain's chief counsel.

**FOR THE REPUBLICAN NATIONAL COMMITTEE**

At approximately 3:30 p.m., August 18, 2008, I telephoned the Republican National Committee's headquarters in Washington, D.C. I was transferred to the legal department and spoke with Staff Counsel Heather Sidwell. Ms. Sidwell instructed me to serve the above documents by sending electronic copies to her email address, hsidwell@rnchq.org. Accordingly, I emailed electronic copies of the above documents to Ms. Sidwell at 4:18 p.m. that day. My email "sent items" box confirmed that it was sent.

**FOR THE CALIFORNIA REPUBLICAN PARTY**

I had been previously informed by the California Republican Party's office in Sacramento, California, that the California Republican Party is represented in this matter by:

> Charles H. Bell, Esq.
> Bell, McAndrews & Hiltachk, LLP
> 455 Capitol Mall, Suite 801
> Sacramento, CA 95814

On August 18, 2008, shortly before 3:30 p.m., I telephoned Mr. Bell and informed him of the status conference. He asked me to serve him with electronic copies of the above documents by sending them to his email address, cbell@bmhlaw.com. Accordingly, I emailed electronic copies of the above documents to Mr. Bell at 4:18 p.m. that day. My email "sent items" box confirmed that it was sent.

*Robinson v. Secretary of State, et al.*

**FOR THE CALIFORNIA SECRETARY OF STATE**

I called the Secretary of State's office at approximately 4:00 p.m. August 18, 2008. I was transferred to the legal department, who informed me that the California Secretary of State is represented in this matter by:

>Nathan Barankin
>Deputy Attorney General
>California Department of Justice
>1300 I Street, Suite 11000
>Sacramento, California 95814

I telephoned Mr. Barankin immediately, and was instructed by his secretary that I should serve the above documents by sending electronic copies to Mr. Barankin's email address, nathan.barankin@doj.ca.gov. Accordingly, I emailed electronic copies of the above documents to Mr. Barankin at 4:46 p.m. My email "sent items" box confirmed that it was sent.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge. Executed August 18, 2008 in San Francisco, California.

_____
Gregory S. Walston