1  JOSHUA D. HESS, SBN 244115
   Jhess@gibsondunn.com
2  One Montgomery Street
   Suite 3100
3  San Francisco, California 94104
   Telephone: (415) 393-8200
4  Facsimile: (415) 986-5309

5  Attorney for Defendants
   SENATOR JOHN S. McCAIN, III and
6  THE REPUBLICAN NATIONAL COMMITTEE

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  MARKHAM ROBINSON,                    CASE NO. C 3-08-cv-03836 WA

13              Plaintiff,               **NOTICE OF APPEARANCE OF
                                         JOSHUA D. HESS**
14       v.

15  SECRETARY OF STATE DEBRA BOWEN,      [Honorable William Alsup]
    THE REPUBLICAN NATIONAL
16  COMMITTEE, THE REPUBLICAN PARTY
    OF CALIFORNIA, SENATOR JOHN S.
17  McCAIN, III, et al.

18              Defendants.

19

20       TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21       PLEASE TAKE NOTICE that the following counsel hereby appears in this matter on behalf

22  of Defendants John S. McCain, III and the Republican National Committee and requests that all

23  notices and/or papers filed or served in this matter be served on counsel at the following address:

24
         Joshua D. Hess
25       Jhess@gibsondunn.com
         One Montgomery Street
26       Suite 3100
         San Francisco, CA  94104
27
         PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only all notices
28
    and papers, but also includes, without limitation, orders and notices of any pleading, complaint,

                                        1

hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.


DATED: August 19, 2008

Respectfully submitted,


By:_____/s/_____
               Joshua D. Hess

Attorney for Defendants
John S. McCain, III and the Republican
National Committee

100503317_1.DOC

NOTICE OF APPEARANCE OF JOSHUA D. HESS                    Case No. C 3:08-cv-03836 WA

JOSHUA D. HESS, SBN 244115
JHess@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendants
SENATOR JOHN S. McCAIN, III and
THE REPUBLICAN NATIONAL COMMITTEE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKHAM ROBINSON,<br><br>              Plaintiff,<br><br>    v.<br><br>SECRETARY OF STATE DEBRA BOWEN, THE REPUBLICAN NATIONAL COMMITTEE, THE REPUBLICAN PARTY OF CALIFORNIA, SENATOR JOHN S. McCAIN, III, et al.<br><br>              Defendants. | CASE NO. C 3:08-cv-03836 WA<br><br>**CERTIFICATE OF SERVICE ON NOTICE OF APPEARANCE OF JOSHUA D. HESS**<br><br>[Honorable William Alsup] |

I, Diana Reger, declare as follows:

I am employed in the office of a member of the bar of this Court, at whose direction this service is made; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, 31st Floor, San Francisco, California 94104, in said County and State.  On August 19, 2008, I served the within:

**NOTICE OF APPEARANCE OF JOSHUA D. HESS**

As indicated below:

☑     **BY USDC LIVE SYSTEM-DOCUMENT FILING SYSTEM**: On all interested parties registered for efiling.

1

☐   **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐   **BY OVERNIGHT SERVICE:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight service. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to an overnight service carrier with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher, that same day in the ordinary course of business.

☐   **BY ELECTRONIC MAIL:** On the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the address[es] indicated

☑   **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

The following parties were additionally served by mail, as previously indicated:

Gregory S. Walston, Esq.
Orestes Alexander Cross, Esq.
WALSTON CROSS
222 Columbus Avenue, Suite 420
San Francisco, CA 94133

CALIFORNIA SECRETARY OF STATE
Debra Bowen
1500 11th Street
Sacramento, CA 95814

THE REPUBLICAN PARTY OF CALIFORNIA
1201 K Street, #740
Sacramento, CA 95814

I certify under penalty of perjury that the foregoing is true and correct, and that this Declaration of Service was executed by me on August 19, 2008, at San Francisco, California.

By: _____/s/Diana Reger_____
Diana Reger

100503363_1.DOC

2