AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

MARKHAM ROBINSON, in his capacity as Presidential Elector and Chairperson-Elect of the American Independent Party )
)
)
)
)
Plaintiff )
v. )
SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, et al., )
)
)
)
Defendant )

Civil Action No.

CV 08  3836  JL

## Summons in a Civil Action

To: SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, THE REPUBLICAN NATIONAL COMMITTEE, an organization, form unknown, THE REPUBLICAN PARTY OF CALIFORNIA, an organization, form unknown, SENATOR JOHN McCAIN, in his individual and official capacities, DOES ONE through FIFTY FIVE, inclusive.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gregory S. Walston, State Bar No. 247617
Orestes Alexander Cross, State Bar No. 250471
WALSTON CROSS
222 Columbus Avenue, Suite 420
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 1 1 2008

Richard W. Wieking
Name of clerk of court
HELEN L. ALMACEN

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARKHAM ROBINSON, in his
capacity as Presidential Elector and
Chairperson-Elect of the AIP

    Plaintiff

vs.

SECRETARY OF STATE DEBRA
BOWEN, et al.

    Defendant

Case Number: CV 08 3836

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That I served upon **R.N.C. c/o Mr. Sean Cairncross, Chief Counsel**(Description: Sex: **M**, Race: **White**, Height: **5'6"**, Weight: **160lbs.**, Approximate Age: **32**) on **8/14/2008**, at **01:40 PM**, at 310 First Street, S.E., Washington, DC 20003, by leaving with the person a copy of the following:

*Summons in a Civil Action, [Proposed] Order Re: Plaintiff's Application to Shorten Time, Order Setting Initial Case Management Conference and ADR Deadlines, Plaintiff's Complaint for Declaratory and Injunctive Relief, Plaintiff's Ex Parte Application for an Order Shortening Time on Plaintiff's Motion for a Preliminary Injunction, Plaintiff's Notice of Motion and Motion for a Preliminary Injunction; Memorandum of Points and Authorities in Support*

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

*[signature: Maurice Liggins]*

Maurice Liggins
**Monumental Process Servers, Inc.**
221 West Joppa Road
Towson, MD 21204
[410] 321-6642

Subscribed and sworn to before me, a Notary Public for the State of Maryland, this 18th day of August, 2008.

*Betty A. Brown*

---

Betty A. Brown
My Commission Expires: 12/19/2011