1  Charles H Bell, Jr. (SBN 060553)
   BELL, McANDREWS, & HILTACHK, LLP
2  455 Capitol Mall, Suite 801
   Sacramento, California 95814
3  Telephone: (916) 442-7757
   Facsimile: (916) 442-7759
4

5  Attorneys for Defendant,
   CALIFORNIA REPUBLICAN PARTY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARKHAM ROBINSON, in his capacity as        ) Case No.: 08-CV-3836 JL
   | the Presidential Elector and Chairperson-Elect )
12 | of the American Independent Party,           ) NOTICE OF APPEARANCE AND
   |                                              ) COMPLIANCE OF DEFENDANT
13 |              Plaintiff,                      ) CALIFORNIA REPUBLICAN PARTY
   |                                              )
14 |     v.                                       )
15 |                                              )
   | SECRETARY OF STATE DEBRA BOWEN,              )
16 | in her individual and official capacities, THE )
   | REPUBLICAN NATIONAL COMMINTTE,               )
17 | and organization, form unknown, THE          )
   | REPUBLICAN PARTY OF CALIFORNIA,              )
18 | an organization, form unknown, SENATOR       )
19 | JOHN McCAIN, in his individual and official  )
   | capacities, DOES ONE through FIFTY FIVE,     )
20 | inclusive,                                   )
21 |                                              )
   |              Defendants.                     )
22 |                                              )

23

24     CALIFORNIA REPUBLICAN PARTY, erroneously named by Plaintiff as the

25 Republican Party of California, submits this Notice of Appearance and Compliance pursuant to

26 the Court's Order Setting Initial Case Management Conference and Deadlines, issued August 11,

27 2008.

28 ///

NOTICE OF APPEARANCE AND COMPLIANCE            1

1. The undersigned counsel and attorney and counselor at law admitted to this court, and his firm, appears on behalf of the CALIFORNIA REPUBLICAN PARTY.

2. Pursuant to the Court's Order Setting Case Management Conference and Deadlines, this notice is given solely for the purposes of this Court's administration of this matter and is made without prejudice to Defendant CALIFORNIA REPUBLICAN PARTY's rights to assert any and all affirmative, substantive and/or procedural defenses to the complaint on file herein, and without prejudice to Defendant CALIFORNAI REPUBLICAN PARTY's right to challenge the jurisdiction of this Court, whether procedural or substantive.

Dated: August 19, 2008

Respectfully submitted,

BELL, McANDREWS & HILTACHK, LLP

By: _____
Charles H. Bell, Jr.
Attorney for Defendant
CALIFORNIA REPUBLICAN PARTY

1  Charles H Bell, Jr. (SBN 060553)
   BELL, McANDREWS, & HILTACHK, LLP
2  455 Capitol Mall, Suite 801
   Sacramento, California 95814
3  Telephone: (916) 442-7757
   Facsimile: (916) 442-7759
4

5  Attorneys for Defendant,
   CALIFORNIA REPUBLICAN PARTY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MARKHAM ROBINSON, in his capacity as the Presidential Elector and Chairperson-Elect of the American Independent Party,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, THE REPUBLICAN NATIONAL COMMINTTE, and organization, form unknown, THE REPUBLICAN PARTY OF CALIFORNIA, an organization, form unknown, SENATOR JOHN McCAIN, in his individual and official capacities, DOES ONE through FIFTY FIVE, inclusive,<br><br>Defendants. | Case No.: 08-CV-3836 JL<br><br>PROOF OF SERVICE - NOTICE OF APPEARANCE AND COMPLIANCE OF DEFENDANT CALIFORNIA REPUBLICAN PARTY |

**PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury that:

I am a citizen of the United States, over the age of 18, and not a party to the within cause of action. My business address is 455 Capitol Mall, Suite 801, Sacramento, CA 95814.

On August 20, 2008, I served the following:

on the following party(ies) in said action:

| | |
|---|---|
| Gregory Walston, Esq.<br>Orestes Alexander Cross, Esq.<br>WALSTON CROSS<br>222 Columbus Avenue, Suite 420<br>San Francisco, CA 94133<br>Telephone: (415) 956-9200<br>Facsimile: (415) 956-9205<br>Email: gwalston@walstonlaw.com | *Attorneys for Plaintiff*<br>MARKHAM ROBINSON |
| Matthew McGill, Esq.<br>1050 Connecticut Avenue, NW<br>Third Floor<br>Washington, DC 20036<br>Email: MMcGill@gibsondunn.com | *Attorneys for Defendants*<br>SENATOR JOHN McCAIN and the<br>REPUBLICAN NATIONAL COMMITTEE |
| Joshua Hess, Esq.<br>One Montgomery Street<br>Suite 3100<br>San Francisco, CA 94104<br>Telephone: (415) 393-8200<br>Facsimile: (415) 986-5309<br>Email: JHess@gibsondunn.com | |
| Nathan Barankin<br>Deputy Attorney General<br>Department of Justice<br>1300 I Street<br>Sacramento, CA 95814<br>Telephone: (916) 323-8050<br>Email: Nathan.Barankin@doj.ca.gov | *Attorney for Defendant*<br>SECRETARY OF STATE DEBRA<br>BOWEN |

X   **BY MAIL:** By placing said document(s) in a sealed envelope and depositing said envelope, with postage thereon fully prepaid, in the United States mail in Sacramento, California, addressed to said party(ies), in the ordinary course of business. I am aware

that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 20, 2008 at Sacramento, California.

*Shannon Diaz*
SHANNON DIAZ

Proof of Service –Notice of Appearance and Compliance        3