IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARKHAM ROBINSON,

    Plaintiff,

  v.

SECRETARY OF STATE DEBRA BOWEN, THE REPUBLICAN NATIONAL COMMITTEE, THE REPUBLICAN PARTY OF CALIFORNIA, SENATOR JOHN MCCAIN,

    Defendants.

No. C 08-03836 WHA

**ORDER RE BRIEFING SCHEDULE**

      The briefing schedule for defendants' motion to dismiss is as follows. The motion to dismiss must be filed by **AUGUST 28, 2008, AT NOON**. The opposition is due on **SEPTEMBER 4, 2008, AT NOON**. The reply is due on **SEPTEMBER 8, 2008, AT NOON**. With respect to plaintiff's motion for a preliminary injunction, defendants must file an opposition by **SEPTEMBER 4, 2008, AT NOON**. Plaintiffs may file a ten-page reply (without any declarations) by **SEPTEMBER 8, 2008, AT NOON**. The hearing on defendants' motion to dismiss and plaintiff's motion for a preliminary injunction is set for **SEPTEMBER 11, 2008, AT 7:30 A.M.** Plaintiff's motion for summary judgment is held in abeyance.

      **IT IS SO ORDERED.**

Dated: August 21, 2008.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE