IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKHAM ROBINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>SECRETARY OF STATE DEBRA BOWEN, THE REPUBLICAN NATIONAL COMMITTEE, THE REPUBLICAN PARTY OF CALIFORNIA, SENATOR JOHN MCCAIN,<br><br>   Defendants.<br>_____ / | No. C 08-03836 WHA<br><br>**REQUEST RE BRIEFING** |

Both sides shall state in their memoranda whether Senator John McCain is a citizen by birth in accordance with 8 U.S.C. 1401 and its predecessor, Act of May 24, 1934, Pub. L. No. 73-250, § 1, 48 Stat. 797.

**IT IS SO ORDERED.**

Dated: August 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE