**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 21, 2008

Case No.  C 08-03836  WHA

Title: MARKHAM ROBINSON v. SECRETARY OF STATE

Plaintiff Attorneys: Greg Walston; Orestes Cross

Defense Attorneys: Joshua Hess; Matthew McGill; Charles Bell; Nathan Barankin

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to **9/11/08 at 7:30am**   for Motion Hearing

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendants shall file a motion to dismiss by noon on 8/28/08; opposition due by noon on 9/4/08 and reply due by noon on 9/8/08.

Defendant may also file an opposition to plaintiff's motion for preliminary injunction by 9/4/08 and reply no longer than 10 pages filed by 9/8/08.