```
 1  Gregory S. Walston, State Bar No. 196776
    Orestes Alexander Cross, State Bar No. 250471
 2  WALSTON CROSS
    222 Columbus Avenue, Suite 420
 3  San Francisco, California 94133
    Telephone: (415) 956-9200
 4  Facsimile: (415) 956-9205
    Email: gwalston@walstonlaw.com
 5
    Attorneys for Plaintiff
 6  MARKHAM ROBINSON

 7  JOSHUA D. HESS, SBN 244115,
    JHess@gibsondunn.com
 8  One Montgomery Street
    Suite 3100
 9  San Francisco, California 94104
    Telephone: (415) 393-8200
10  Facsimile: (415) 986-5309

11  Attorney for Defendants
    SENATOR JOHN MCCAIN AND THE
12  REPUBLICAN NATIONAL COMMITTEE
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKHAM ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SECRETARY OF STATE DEBRA BOWEN, THE REPUBLICAN NATIONAL COMMITTEE, THE CALIFORNIA REPUBLICAN PARTY, and SENATOR JOHN MCCAIN,<br><br>        Defendants. | CASE NO. C 08-03836 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING IN PART PLAINTIFF'S COMPLAINT** |

   Plaintiff and Defendants Senator John McCain and the Republican National Committee ("RNC") (collectively, "Defendants") hereby respectfully submit the following stipulation and proposed order dismissing certain portions of the Complaint in the above-captioned matter. Specifically, Plaintiff and Defendants stipulate that the Court should dismiss the following portions of the Complaint with prejudice:

1

1. Those portions of the Second Cause of Action and Prayer that seek to enjoin the RNC and California Republican Party from nominating Senator John McCain as their candidate for President of the United States (but not the remaining allegations in the Second Cause of Action, including the portions seeking to enjoin Senator McCain from running for President);

2. The Third and Fifth Causes of Action pursuant to Cal. Bus. & Prof. Code § 17200.

In entering into the Stipulation, Plaintiff does not concede the legal sufficiency of any of his remaining claims for relief. Similarly, Defendants do not concede any defense or their right to move to dismiss the remaining claims in the Complaint.

Respectfully submitted,

Dated: August 25, 2008                WALSTON CROSS

By: Gregory S. Walston

*Attorneys for Plaintiff*

By: Joshua D. Hess

Matthew D. McGill
(pro hac vice admission pending)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3680

*Attorneys for Defendants*
SENATOR JOHN MCCAIN AND THE
REPUBLICAN NATIONAL COMMITTEE

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED:

By:_____
William H. Alsup
United States District Judge

100506573_1.DOC

1  JOSHUA D. HESS, SBN 244115
   JHess@gibsondunn.com
2  One Montgomery Street
   Suite 3100
3  San Francisco, California 94104
   Telephone: (415) 393-8200
4  Facsimile: (415) 986-5309

5  Attorneys for Defendants
   SENATOR JOHN S. McCAIN, III and
6  THE REPUBLICAN NATIONAL COMMITTEE

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | MARKHAM ROBINSON,                              | CASE NO. C 3:08-cv-03836 WHA
13 |                    Plaintiff,                  | **CERTIFICATE OF SERVICE ON STIPULATION**
14 |         v.                                     |
15 | SECRETARY OF STATE DEBRA BOWEN,                | [Honorable William H. Alsup]
   | THE REPUBLICAN NATIONAL
16 | COMMITTEE, THE REPUBLICAN PARTY
   | OF CALIFORNIA, SENATOR JOHN S.
17 | McCAIN, III, et al.
18 |                    Defendants.

19

20     I, Diana Reger, declare as follows:

21     I am employed in the office of a member of the bar of this Court, at whose direction this
22 service is made; I am over the age of eighteen years and am not a party to this action; my business
   address is One Montgomery Street, 31st Floor, San Francisco, California 94104, in said County and
23 State.  On August 25, 2008, I served the within:

24     **STIPULATION AND [PROPOSED] ORDER DISMISSING
        IN PART PLAINTIFF'S COMPLAINT**
25

26 As indicated below:

27     ☑     **BY USDC LIVE SYSTEM-DOCUMENT FILING SYSTEM**: On all interested parties
              registered for efiling.
28

                                              1

CERTIFICATE OF SERVICE                                          Case No. C 08-cv-03836 WHA

☐ **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY OVERNIGHT SERVICE**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight service. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to an overnight service carrier with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher, that same day in the ordinary course of business.

☐ **BY ELECTRONIC MAIL**: On the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the address[es] indicated

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

The following parties were additionally served by mail, as previously indicated:

Gregory S. Walston, Esq.
Orestes Alexander Cross, Esq.
WALSTON CROSS
222 Columbus Avenue, Suite 420
San Francisco, CA 94133

CALIFORNIA SECRETARY OF STATE
Debra Bowen
1500 11th Street
Sacramento, CA 95814

Nathan Barankin
Deputy Attorney General
California Department of Justice
1300 I Street, Suite 11000
Sacramento, CA 95814

THE REPUBLICAN PARTY OF
CALIFORNIA
1201 K Street, #740
Sacramento, CA 95814

Charles H. Bell, Esq.
Bell, McAndrews & Hiltachk, LLP
455 Capitol Mall, Suite 801
Sacramento, CA 95814

I certify under penalty of perjury that the foregoing is true and correct, and that this Declaration of Service was executed by me on August 25, 2008, at San Francisco, California.

By: _____/s/Diana Reger_____
Diana Reger

100503363_1.DOC

CERTIFICATE OF SERVICE                                   Case No. C 08-cv-03836 WHA