| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Matthew D. McGill
1050 Connecticut Avenue, NW
Third Floor
Washington, D.C. 20036
mmcgill@gibsondunn.com
(202) 887-3680

**FILED**
AUG 2 0 2008
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DIST...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARKHAM ROBINSON, in his capacity
as Presidential Elector and Chairperson
Elect of the American Independent Party

    Plaintiff(s),

  v.

SECRETARY OF STATE DEBRA
BOWEN, et al.

    Defendant(s).

CASE NO. 08-CV-3836 WA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Matthew D. McGill, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Senator John McCain and the RNC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Joshua D. Hess, One Montgomery Street, Suite 3100, San Francisco, CA 94104-4505 (415) 393-8200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/20/08

**RECEIVED**
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARKHAM ROBINSON, in his capacity as Presidential Elector and Chairperson Elect of the American Independent Party<br><br>Plaintiff(s),<br>v.<br><br>SECRETARY OF STATE DEBRA BOWEN, et al.<br><br>Defendant(s). | CASE NO. 08-CV-3836 WA<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Matthew D. McGill , an active member in good standing of the bar of the District of Columbia Court of Appeals whose business address and telephone number (particular court to which applicant is admitted) is

1050 Connecticut Ave., NW, Washington, D.C. 20036
(202) 887-3680

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge