1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  JONATHAN K. RENNER
   Supervising Deputy Attorney General
4  NATHAN R. BARANKIN, State Bar No. 246313
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 323-8050
7    Fax: (916) 324-8835
     Email: Nathan.Barankin@doj.ca.gov
8
   Attorneys for Defendant SECRETARY OF STATE
9  DEBRA BOWEN, in her individual and official
   capacities
10

11             IN THE UNITED STATES DISTRICT COURT
12
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14
| MARKHAM ROBINSON, in his capacity as the Presidential Elector and Chairperson-Elect of the American Independent Party,<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, THE REPUBLICAN NATIONAL COMMITTEE, and organization, from unknown, THE REPUBLICAN PARTY OF CALIFORNIA, an organization, form unknown, SENATOR JOHN McCAIN, in his individual and official capacities, DOES ONE through FIFTY FIVE, inclusive,<br><br>　　　　　　　　　　　　　　　　Defendants. | 3:08-CV-03836 WHA<br><br>**NOTICE OF APPEARANCE AND COMPLIANCE OF DEFENDANT SECRETARY OF STATE DEBRA BOWEN**<br><br>Hearing:　　August 21, 2008<br>Time:　　　1:30 p.m.<br>Courtroom: 9<br>Judge:　　　Honorable<br>　　　　　　William H. Alsup |
|---|---|

　　SECRETARY OF STATE DEBRA BOWEN submits this Notice of Appearance and Compliance pursuant to the Court's Order Setting Initial Case Management Conference and Deadlines, issued August 11, 2008.

Notice of Appearance and Compliance of Defendant　　　　　　　　　Markham Robinson v. Secretary of State
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3:08-CV-03836 WHA

1

1. The undersigned counsel is admitted to this Court, and appears on behalf of SECRETARY OF STATE DEBRA BOWEN.

2. Pursuant to the Court's Order Setting Initial Case Management Conference and Deadlines, this notice is given solely for the purposes of this Court's administration of this matter.

Dated: August 21, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

JONATHAN K. RENNER
Supervising Deputy Attorney General

/s/

NATHAN R. BARANKIN
Deputy Attorney General
Attorneys for Defendant SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities

30531068.wpd
SA2008304514

Notice of Appearance and Compliance of Defendant        Markham Robinson v. Secretary of State
                                                         3:08-CV-03836 WHA

2

## **CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name: **Markham Robinson v. Secretary of State**
Case No.: **3:08-CV-03836 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 26, 2008</u>, I served the following documents:

**Notice of Appearance and Compliance of Defendant Secretary of State Debra Bowen**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

## **Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Charles Herbert Bell, Jr.
cbell@bmhlaw.com
*Attorney for Defendant, California Republican Party*

Gregory S. Walston
Orestes Alexander Cross
orestescross@yahoo.com
gwalston@walstonlaw.com
*Attorney for Plaintiff, Markham Robinson*

Joshua David Hess
jhess@gibsondunn.com
dreger@gibsondunn.com
*Attorney for Defendant, Senator John McCain and the Republican National Committee*

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Matthew McGill, Eaq.
1050 Connecticut Ave., NW, Third Fl.
Washington, DC 20036
mmcgill@gibsondunn.com
*Attorney for Defendant, Senator John McCain and the Republican National Committee*


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 26, 2008, at Sacramento, California.

| Michelle Martino | /s/ Michelle Martino |
|---|---|
| Declarant | Signature |

SA2008304514
30534163.wpd