1  Gregory S. Walston, State Bar No. 196776
   Orestes Alexander Cross, State Bar No. 250471
2  WALSTON CROSS
   222 Columbus Avenue, Suite 420
3  San Francisco, California 94133
   Telephone: (415) 956-9200
4  Facsimile: (415) 956-9205
   Email: gwalston@walstonlaw.com
5
   Attorneys for Plaintiff
6  MARKHAM ROBINSON

7  JOSHUA D. HESS, SBN 244115,
   JHess@gibsondunn.com
8  One Montgomery Street
   Suite 3100
9  San Francisco, California 94104
   Telephone: (415) 393-8200
10 Facsimile: (415) 986-5309

11 Attorney for Defendants
   SENATOR JOHN MCCAIN AND THE
12 REPUBLICAN NATIONAL COMMITTEE

13              UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

17 MARKHAM ROBINSON,                    CASE NO. C 08-03836 WHA

18              Plaintiff,              **STIPULATION AND [PROPOSED]
                                        ORDER DISMISSING IN PART
19      v.                              PLAINTIFF'S COMPLAINT**

20 SECRETARY OF STATE DEBRA BOWEN,
   THE REPUBLICAN NATIONAL
21 COMMITTEE, THE CALIFORNIA
   REPUBLICAN PARTY, and SENATOR JOHN
22 MCCAIN,

23              Defendants.

24
        Plaintiff and Defendants Senator John McCain and the Republican National Committee
25
   ("RNC") (collectively, "Defendants") hereby respectfully submit the following stipulation and
26
   proposed order dismissing certain portions of the Complaint in the above-captioned matter.
27
   Specifically, Plaintiff and Defendants stipulate that the Court should dismiss the following portions
28
   of the Complaint with prejudice:

                                       1

1.    Those portions of the Second Cause of Action and Prayer that seek to enjoin the RNC and California Republican Party from nominating Senator John McCain as their candidate for President of the United States (but not the remaining allegations in the Second Cause of Action, including the portions seeking to enjoin Senator McCain from running for President);

2.    The Third and Fifth Causes of Action pursuant to Cal. Bus. & Prof. Code § 17200.

In entering into the Stipulation, Plaintiff does not concede the legal sufficiency of any of his remaining claims for relief.  Similarly, Defendants do not concede any defense or their right to move to dismiss the remaining claims in the Complaint.

Respectfully submitted,

Dated: August 25, 2008          WALSTON CROSS

By: Gregory S. Walston

*Attorneys for Plaintiff*

By: Joshua D. Hess

Matthew D. McGill
(pro hac vice admission pending)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3680

*Attorneys for Defendants*
SENATOR JOHN McCAIN AND THE
REPUBLICAN NATIONAL COMMITTEE

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

DATED:
            September 2, 2008          By:_____

William H. Alsup
United States District Judge

100506573_1.DOC

2

STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING IN PART PLAINTIFF'S COMPLAINT