E-filing

RECEIVED AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MARKHAM ROBINSON, in his capacity as Presidential Elector and Chairperson Elect of the American Independent Party

Plaintiff(s),

v.

SECRETARY OF STATE DEBRA BOWEN, et al.

Defendant(s).

CASE NO. 08-CV-3836 WA

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Matthew D. McGill, an active member in good standing of the bar of the District of Columbia Court of Appeals whose business address and telephone number (particular court to which applicant is admitted) is

1050 Connecticut Ave., NW, Washington, D.C. 20036
(202) 887-3680

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Aug 27, 2008.

_____
United States District Judge