# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 11, 2008

Case No. C 08-03836 WHA

Title: MARKHAM ROBINSON v. SECRETARY OF STATE, DEBRA BOWEN

Plaintiff Attorneys: Greg Walston; Orestes Cross; Michael Palmer

Defense Attorneys: Nathan Barankin; Joshua Hess; Matthew McGill; Charles Bell

Deputy Clerk: Dawn Toland          Court Reporter: Lydia Zinn

## PROCEEDINGS

1) Plt's Motion for Preliminary Injunction - Taken Under Submission

2) Dfts' Motion to Dismiss - Taken Under Submission

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**