**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

September 12, 2008

RE:  CV 08-03836 WHA    MARKHAM ROBINSON-v- SECRETARY OF STATE DEBRA BOWEN

Default is declined as to Defendant Deborah Bowen on September 11, 2008.


                              RICHARD W. WIEKING, Clerk


                              by:  Susan Imbriani
                              Case Systems Administrator