**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKHAM ROBINSON, in his capacity as Presidential Elector and Chairperson-Elect of the American Independent Party,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, THE REPUBLIC NATIONAL COMMITTEE, an organization form unknown, THE REPUBLICAN PARTY OF CALIFORNIA, an organization, form unknown, SENATOR JOHN McCAIN, in his individual and official capacities, DOES ONE through FIVE, inclusive,<br><br>Defendants.<br>_____/ | No. C 08-03836 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Secretary of State Debra Bowen, the Republican National Committee, the Republican Party of California, and Senator John McCain, and against Markham Robinson. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 16, 2008

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE