United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKHAM ROBINSON, in his capacity as Presidential Elector and Chairperson-Elect of the American Independent Party,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE DEBRA BOWEN, in her individual and official capacities, THE REPUBLIC NATIONAL COMMITTEE, an organization form unknown, THE REPUBLICAN PARTY OF CALIFORNIA, an organization, form unknown, SENATOR JOHN McCAIN, in his individual and official capacities, DOES ONE through FIVE, inclusive,<br><br>Defendants. | No. C 08-03836 WHA<br><br>**ORDER DENYING APPLICATION FOR LEAVE TO INTERVENE** |

Paul Andrew Mitchell filed an application for leave to intervene in this case and for a writ in the nature of the nature of a prohibition. The court hereby **DENIES** the application. The Court has entered an order dismissing this action and entered judgment in the case nearly three weeks ago.

**IT IS SO ORDERED.**

Dated: October 3, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE